Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California

Eastern Division

NO CV30

FILED
CLERK, U.S. DISTRICT COURT

12/20/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

|  | ) | Case No. | 5:21-cv-02112-JWH(SPx) |
|---|---|---|---|
| Jesse Ocegueda | ) | | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* | ☐ Yes  ☒ No |
| *please write "see attached" in the space and attach an additional* | ) | | |
| *page with the full list of names.)* | ) | | |
| **-v-** | ) | | |
|  | ) | | |
|  | ) | | |
|  | ) | | |
| SANTANDER CONSUMER USA | ) | | |
| *Defendant(s)* | ) | | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | | |
| *names of all the defendants cannot fit in the space above, please* | ) | | |
| *write "see attached" in the space and attach an additional page* | | | |
| *with the full list of names.)* | | | |

# COMPLAINT FOR A CIVIL CASE

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Ocegueda |
| Street Address | 19502 US Highway 18 |
| City and County | Apple Valley, San Bernardino County |
| State and Zip Code | CA 92307 |
| Telephone Number | 909-346-7719 |
| E-mail Address | jocegueda22@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SANTANDER CONSUMER USA |
| Job or Title *(if known)* | |
| Street Address | 1601 Elm St. Suite 800 |
| City and County | Dallas, Dallas County |
| State and Zip Code | TX 75201 |
| Telephone Number | (214)634-1110 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Truth in Lending Act (TILA), and Fair Debt Collections Practices Act (FDCPA)

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I entered into a consumer credit transaction with SANTANDER CONSUMER USA on October 15th 2017 for personal and household purposes. I believe that SANTANDER CONSUMER USA sent me deceptive forms in order to create the false belief in me, the consumer that I owed an alleged debt. I sent the company a cease and desist form along with a debt validation letter by certified mail with a green return reciept advising the company to cease all collection efforts and they received this letter on 07/06/2021 and they have continued to give me false and misleading information regarding this consumer credit transaction as well as continuously violating the cease and desist and debt validation letters. I have tried on several occasions to resolve this matter to no prevail.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

$85,423.44 in damages (see all attached affidavits, and exhibits for proof of claim). Grant me the title to my vehicle lien free, and the removal of any, and all adverse reporting to any consumer reporting agency.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/18/21

Signature of Plaintiff

Printed Name of Plaintiff    Jesse Ocegueda

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Debt Validation Letter

06/27/2021

Jesse Ocegueda

19502 US Highway 18,
Apple Valley CA 92307

Be advised this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g stating your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named Title and Section. I respectfully request your offices provide me with competent evidence that I have any legal obligation to pay you.

At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian or Transunion) this action may constitute fraud under both Federal and State Laws, Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you and your client for the following: Violation of the Fair Credit Reporting Ave, Violation of the Fair Debt Collection Practices Act, and Defamation of Character.

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

Signature:

**CEASE AND DESIST**

Pursuant to 15 USC 1692c.(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c.(c)(2)-

I am invoking my specified remedy as a consumer, and the original creditor I am demanding all the following:

Zero out the balance on this account.

Grant me my title lien free

Report to ALL Credit reporting agencies as PAID IN FULL/PAID AS AGREED

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Pursuant to 15 USC 1692h I am demanding that all previous payments made on this account be sent back to me, by check immediately.

Best regards,

I also request ALL the following be sent:

1. Name and address of alleged creditor.

2. Name on file of alleged debtor.

3. Alleged Account #

4. Address on file for alleged debtor.

5. Amount of alleged debt.

1

6. Date (this alleged debt became payable)

7. Date of original charge or delinquency.

8. Was this debt assigned to a debt collector or purchased?

9. Amount paid if debt was purchased.

10. Commission for debt if collection efforts are successful.

Please attach copies of the following:

- Agreement with your client that grants Santander Consumer USA authority to collect this alleged debt.

- Signed agreement Debtor has made with Santander Consumer USA, or other verifiable proof Debtor has a contractual obligation to pay Santander Consumer USA.

- Any agreement that bears the signature of Debtor, wherein agreed to pay Creditor.

- All statements while this account was open.

- Have any insurance claims been made by any creditor regarding this account?

  ☐ YES

  ☐ NO

- Have any judgments been obtained by any creditor regarding this account?

  ☐ YES

  ☐ NO

2

Please provide the name and address of the bonding agent for Santander Consumer USA, in case legal action becomes necessary:

Authorized Signature of Creditor: _____

Date: _____

You must return this completed form along with copies of all requested information, assignments or other transfer agreements, which would establish your right to collect this alleged debt within 30 days from the date of your receipt of this letter.

Your claim cannot and WILL NOT be considered if ANY portion of this form is not completed and returned with copies of ALL requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act.

Please allow 30 days for processing after I receive this information.

**Affidavit of Truth**

Notice to all, I am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course of any and all derivatives thereof for the surname/given name Ocegueda Jesse, and have been appointed and accept being the executor both public and private for all matter proceeding, and I hereby claim that I will d/b/a JESSE OCEGUEDA and autograph as the agent, attorney in fact, so be it;

Whereas, I, of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

Fact, The Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it, and;

Fact, I am sure the removal of my information from your website, company records, or any and all derrivatives therefore, of, and/or with any affiliates will ensure my privacy rights wont be vilated again due to my lack of consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it, and;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and;

Fact, Santander Consumer USA is attempting to collect payment from a consumer credit transaction in which a finance charge was involved. Pursuant to 15 usc 1605a the Finance charge is the sum of ALL charges

Fact, Affiant is aware and has proof in attachment labeled Exhibit A that Santander Consumer USA is in violation of 15 usc 1692b(5)

Fact, Affiant is aware and has proof in attachment labeled Exhibit A that Santander Consumer USA is in violation of 15 usc 1692f(8)

Fact, Affiant is aware and has proof in attachments labeled Exhibit A & Exhibit B that Santander Consumer USA is in violation of 15 usc 1692b(2)

Fact, Affiant is aware and has proof in attachment labeled Exhibit A that Santander Consumer USA is in violation of 15 usc 1692f(7)

Fact, Affiant is aware and has proof in attachment labeled Exhibit B that Santander Consumer USA is in violation of 15 usc 1692e(8)

1

Fact, Affiant is aware and has proof in attachment labeled Exhibit B that Santander Consumer USA is in violation of 15 usc 1692e(5)

Thank you,


I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contract.

I do not consent to these proceedings.

06-28-2021

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    }

County of San Bernardino

On Oct 25 2021 before me, Julia Raygoza Notary Public                    ,

Personally appeared Jesse Alexander Ocegueda

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature
JULIA RAYGOZA COMM #2275335

**JULIA RAYGOZA**
COMM. # 2275335
NOTARY PUBLIC ● CALIFORNIA
SAN BERNARDINO COUNTY
Comm. Exp. JAN 17, 2023

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Truth

(Title or description of attached document)

_____

(Title or description of attached document continued)

Number of Pages 2 Document Date_____

CAPACITY CLAIMED BY THE SIGNER
☑ Individual (s)
☐ Corporate Officer

_____
(Title)

☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

**Jesse Ocegueda**
19502 US Highway 18,
Apple Valley CA 92307

# INVOICE

# 4

Bill To:

**Santander Consumer USA**
P.O Box 961245, Fort Worth TX 76161

| | |
|---|---|
| Date: | Jun 27, 2021 |
| Payment Terms: | Pay by Check |
| Due Date: | Due Upon Receipt |
| **Balance Due:** | **$28,415.68** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **7 Federally Protected Consumer Rights Violations under 15 usc 1692** | 7 | $1,000.00 | $7,000.00 |
| **Pursuant to 15 usc 1692h: the return of all previous payments** | 44 | $486.72 | $21,415.68 |

| | |
|---|---|
| Total: | $28,415.68 |

Exhibit A

 **Santander** Consumer **USA**

### ACCOUNT INFORMATION

| | |
|---|---|
| Statement Date | 05/08/2021 |
| Account Number | 0020753840 |
| Account Status as of Statement Date | Current |
| Last Payment Made | 04/24/2021 |
| Monthly Payment | $486.72 |
| Past Due | $0.00 |
| Unpaid Fees and Charges | $0.00 |

*violation*
*15 usc 1692b(5)*
*15 usc 1692f(8)*

6689017505   PRESORT PBPS018 <3>

GENEVA R OCEGUEDA
JESSE A OCEGUEDA
7831 ALSTON AVE
HESPERIA CA 92345-6838

*violation*
*15 usc 1692b(2)*

### TOTAL AMOUNT DUE
$486.72   by 05/28/2021

| | |
|---|---|
| Principal Balance | $2,786.30 |
| Estimated Payoff* by 05/08/2021 | $2,808.87 |

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

*violation*
*15 usc 1692f(7)*

### ACCOUNT ALERTS & IMPORTANT INFORMATION

No valid work phone number, please update online

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|---|---|---|---|---|---|---|
| 04/24/21 | Payment Made | -$500.00 | -$443.92 | -$56.08 | $0.00 | $0.00 |

©2020 Santander Consumer USA Inc. All rights reserved.
*Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227.*

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account on our automated system at 888.222.4227

Pay by mail: Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633
*Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.*

### SPECIAL OFFERS & MESSAGES



CONTROL

**Signing up for paperless statements** with Santander Consumer USA is easy:

1. Log on at MyAccount
2. Choose the "Go Paperless" option
3. Select "Electronic" under "Statement Preferences"
4. Click "Save"

Then simply watch your email for notification that your electronic statement is available. It's convenient, clutter free, and gives you one less thing to think about each month.

**Sign up at** myaccount.santanderconsumerusa.com **to receive your electronic billing statement via email.**

Exhibit B

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888-222-4227 Monday through Friday 7 a.m. to 9 p.m., CT, and Saturday 7 a.m. to 5 p.m., CT

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

- Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888-222-4227 to request the Auto Pay authorization form by mail
- **To stop or cancel Auto Pay**, simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
- **If you change financial institutions or accounts**, you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* if you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888-222-4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including fees that may apply.\* Please note:
- MoneyGram Receive Code is 1544        » Western Union City Code is RTSTOP, State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

*Violation 15 USC 1692e(8)*

**\*A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

*15 USC 1692e(5)*

Watch a video to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888-222-4227.

## ACCOUNT INFORMATION

**Automated Account Information -** Please visit our web site MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time or call 888-222-4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

*Insurance -* Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888-222-4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

Accounts Receivable Conversion: By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

*Violation 15 USC 1692b(2)*

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284
All verbal communication regarding a bankruptcy needs to be made by calling 888-437-4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is: Santander Consumer USA Credit Bureau Disputes P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Fort Worth FTX 141    OFFICIAL USE

**Certified Mail Fee**

$ $3.60      0307
                14

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

**Postmark Here**

**Postage**

$ $1.20

**Total Postage and Fees**

$ $7.85      06/30/2021

**Sent To** Santander Consumer USA

**Street and Apt. No., or PO Box No.** PO Box 961245

**City, State, ZIP+4®** Fortworth, TX 76161

**PS Form 3800, April 2015** PSN 7530-02-000-9047    **See Reverse for Instructions**

7021 2220 0001 3805 1887

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Santander Consumer USA
P.O. Box 961245
Fortworth, TX 76161

9590 9402 6280 0274 0254 06

2. Article Number *(Transfer...*
7019 2280 0001 3805 1887

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Steve Cabeen*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Steve Cabeen    JUL 0   2021

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Notice of Default and
## Opportunity to Cure

To: SANTANDER CONSUMER USA
1601 Elm St, Dallas TX 75201

From: Jesse Ocegueda (Consumer/ Original Creditor)
19502 US Highway 18, Apple Valley CA 92307

**Notice to agent is notice to principle. Notice to principle is notice to agent**

I Jesse Ocegueda who is of age and majority, declare the following to be true and correct to the best of my knowledge. This is a lawful notice

I have NOT received a response and am now informing you that by choosing to not respond to my affidavit and my requested remedy which you were in receipt of on July 6th, 2021, you have defaulted. By law an affidavit can ONLY be rebutted by another affidavit and MUST be addressed line by line. Failure to respond to said notice gives your implied consent to all the FACTS contained in this notice and any previous notices served; and that you agree that you are unable to provide lawful means of proof-of-claim to the contrary.

Pursuant to [Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp.327],
"Allegations in affidavit in support of motion must be considered as true in absence of counter"

This is the SECOND notice being served and will be used as a reminder of the preceding affidavit and invoices sent. I am granting you the opportunity to cure this matter from going forward by giving me the requested remedy that was asked for in my previous and current affidavit along with invoices and demands made in the cease and desist. You have 10 days to respond to this request after receiving this notice. I am asking that you take this matter seriously due to the federal laws that were violated. These acts hold you civilly and possibly criminally liable.

I hereby attest and affirm that all of the above is the truth and as to my lawful understanding.

## Affidavit of Truth

Notice to all, I am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course of any and all derivatives thereof for the surname/given name OCEGUEDA JESSE, and have been appointed and accept being the executor both public and private for all matter proceeding, and I hereby claim that I will d/b/a Jesse Ocegueda and autograph as the agent, attorney in fact, so be it;

Whereas, I, of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

It is a Fact, The Truth in Lending Act is intended to inform consumers about the cost of credit.

It is a Fact, The Truth in Lending Act is intended to protect consumers against abuse and deceit by creditors and I have been abused and deceived so be it.

It is a Fact, that I am the Consumer pursuant to 15 usc 1692a(3)

It is a Fact, that an unrebutted statement of truth stands as truth in commerce and my original statement of truth is unrebutted and therefore stands as truth

It is a Fact that Attached with this affidavit are also the original affidavit (2 pages), original Cease and Desist (3 pages), Debt Validation Letter (1 page), Exhibits A and B, and original invoice for each previous violation totaling $28,415.68 usd; in addition I am now including Default and opportunity to Cure (1 page), Exhibits C through N (12 pages), This Current Affidavit (4 pages) and new invoice for each additional violation totaling $85,423.44

It is a Fact, all forms mentioned above will be sent certified mail under tracking number: 70210350000084051060

It is a Fact that all forms mentioned above will be sent with a green return receipt under tracking number: 9590940268191074187024

It is a Fact, Pursuant to 18 usc 8 All obligations of debt are to be discharged by the United States

It is a Fact, Pursuant to 15 usc 1692h I dispute any, and all charges excluding the Finance Charge and I demand the lawful refund of all prior payments applied.

It is a Fact, Pursuant to 15 usc 1692h Santander Consumer USA shall refund me $21,814.08 usd

It is a Fact that $21,814.08 usd is the amount to be returned to me as shown in attachments labeled Exhibit H through Exhibit L

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit E, and Exhibit F that I entered into a consumer credit transaction with Santander Consumer USA on the date of October 15 2017

It is a Fact that pursuant to 15 usc 1605 the Finance Charge is the sum of all charges in any consumer credit transaction and is not payable by cash

It is a fact that I am aware and have proof in attachments labeled as Exhibit F and Exhibit G that Santander Consumer USA in fact took cash and are in violation of 15 usc 1605(a).

It is a Fact that I am aware and have proof in attachments labeled as Exhibit F and Exhibit G that Santander Consumer USA is in violation of 15 usc 1605.(a)(c). This transaction included a finance charge and the finance charge includes insurance which protects the creditor against the obligors loss, and or property damage. Santander Consumer USA did not include my insurance in my finance charge.

It is a Fact that I am aware and have proof in attachment labeled as Exhibit F that Santander Consumer USA received Security Interest and ALL alleged allegations have been fulfilled.

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G that Santander Consumer USA is in violation of 15 usc 1611. Santander Consumer USA willfully and knowingly failed to provide/disclose information required under the provisions of 15 usc 1601. They are now civilly and criminally liable.

It is a Fact that I am aware and have proof in attachments labeled as Exhibit F and Exhibit G that Santander Consumer USA is in violation of 15 usc 1640(a)(2)(A)(i) and is now liable for TWICE the amount of the Finance charge which amounts to $15,609.36 usd

It is a Fact that I am aware and have proof in attachment labeled as Exhibit M that Santander Consumer USA was in receipt of all original letters on July 06 2021

It is a Fact that pursuant to 15 usc 1692c(9)(c) that I, the Consumer legally refuse to pay the alleged debt and notification was complete upon receipt (July 06 2021)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692b(5)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692f(8)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, and Exhibit E that Santander Consumer USA is in violation of 15 usc 1692c(c)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, Exhibit E, and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692b(2)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C and Exhibit D that Santander Consumer USA is in violation of 15 usc 1692e(2)(A)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit C, Exhibit D, Exhibit E, and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692j(a)

It is a Fact that I am aware and have proof in attachment labeled as Exhibit D that Santander Consumer USA is in violation of 15 usc 1692h

It is a Fact that I am aware and have proof in attachments labeled as Exhibit D, Exhibit E, and Exhibit N that Santander Consumer USA is in violation of 15 usc 1611 and are now civilly and criminally liable

It is a Fact that I am aware and have proof in attachment labeled as Exhibit E that Santander Consumer USA is in violation of 15 usc 1692d(4)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit E and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692e(4)

It is a Fact that I am aware and have proof in attachments labeled as Exhibit E and Exhibit N that Santander Consumer USA is in violation of 15 usc 1692e(5)

It is a Fact that I am aware and have proof in attachment labeled as Exhibit N that Santander Consumer USA acknowledged receipt of my cease and desist on July 8th 2021

It is a Fact that I am aware and have proof in attachment labeled as Exhibit N that Santander Consumer USA is in violation of 15 usc 1692e(10)

It is a Fact that the word "loan" is not defined in the FDCPA and numerous times Santander Consumer USA mentions that I received a "loan" which is false and misleading and is a violation under 15 usc 1611(1)

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my knowledge, so be it;

I do not accept this offer to contract

I do not consent to these proceedings

8-05-2021

Jesse Ocegueda

3

## California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California

County of ___San Bernardino___                } s.s.

Subscribed and sworn to (or affirmed) before me on this ___05___ day of ___August___

20 _21_ , by ___Jesse OCequeda_____ and

_____ proved to me on the basis of

satisfactory evidence to be the person(s) who appeared before me.

**JULIA RAYGOZA**
COMM. # 2275335
NOTARY PUBLIC • CALIFORNIA
SAN BERNARDINO COUNTY
Comm. Exp. JAN 17, 2023

———————— OPTIONAL INFORMATION ————————

Description of Attached Document

Document Title: Affidavit Of  Truth

Containing ___3___ Pages
Dated ___08/05/2021___

Jesse Ocegueda
19502 US Highway 18, Apple Valley CA 92307

# INVOICE

# 6

|  |  |
|---|---|
| Date: | Aug 4, 2021 |
| Payment Terms: | PAY BY CHECK |
| Due Date: | DUE UPON RECEIPT |

Bill To:

**SANTANDER CONSUMER USA**
1601 Elm St, Dallas TX 75201

**Balance Due:** **$85,423.44**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Remaining balance from previous Federally protected violations under 15 usc 1692 | 7 | $1,000.00 | $7,000.00 |
| Refund of ALL prior payments pursuant to 15 usc 1692h | 1 | $21,814.08 | $21,814.08 |
| Violation under 15 usc 1692b(5) | 3 | $1,000.00 | $3,000.00 |
| Violation under 15 usc 1692f(8) | 3 | $1,000.00 | $3,000.00 |
| Violation under 15 usc 1692j(a) | 3 | $1,000.00 | $3,000.00 |
| Violation under 15 usc 1692c(c) | 2 | $1,000.00 | $2,000.00 |
| Violation under 15 usc 1692b(2) | 10 | $1,000.00 | $10,000.00 |
| Violation under 15 usc 1692e(2)(A) | 2 | $1,000.00 | $2,000.00 |
| Violation under 15 usc 1611 | 9 | $1,000.00 | $9,000.00 |
| Violation under 15 usc 1692h | 1 | $1,000.00 | $1,000.00 |
| Violation under 15 usc 1692d(4) | 1 | $1,000.00 | $1,000.00 |
| Violation under 15 usc 1692e(4) | 3 | $1,000.00 | $3,000.00 |
| Violation under 15 usc 1692e(5) | 3 | $1,000.00 | $3,000.00 |
| Violation under 15 usc 1692e(10) | 1 | $1,000.00 | $1,000.00 |
| Twice the Finance Charge pursuant to 15 usc 1640(a)(2)(A)(I) | 2 | $7,804.68 | $15,609.36 |
|  | 1 | $0.00 | $0.00 |
|  | 1 | $0.00 | $0.00 |

Total: $85,423.44

Terms:

Pay by check ONLY Pay to the order of Jesse Ocegueda

**Santander** Consumer USA          *Exhibit C* (handwritten)

July 23, 2021

*Violation* (handwritten)
*15 usc 1692d(5)* (handwritten)
*15 usc 1692 f(8)* (handwritten)

Jesse Alexander Ocegueda
19502 US Highway 18
Apple Valley, CA 92307

*15 usc 1692 j(a)* (handwritten)

Re:    **CFPB Complaint No.: 210713-6912992**
       **Santander Account No.:****3840**

Dear Jesse Ocegueda:

We have received your request submitted through the Consumer Financial Protection Bureau (CFPB). Thank you for allowing us the opportunity to address your concerns regarding your account with Santander Consumer USA Inc.

Per your request, the account has been placed into cease and desist status and you will not receive any further communication regarding the account, except for certain notices via mail required by applicable law. ← *violation   15 usc 1692c(c)* (handwritten)

Our records indicate the following terms of your "California Retail Installment Contract" (Contract):

| | |
|---|---|
| Date: | October 15, 2017 |
| Vehicle: | 2007 Nissan Titan |
| Amount Financed: | $15,557.68 |
| APR: | 21.12% |
| Term: | 48 months |
| Monthly Payment | $486.72 (first payment due November 28, 2017) |
| Dealership | CarMax Auto Superstore |

*15 usc 1692 b(2)* (handwritten)
*15 usc 1692 e(2)(A)* (handwritten)

Santander Consumer USA Inc. is the indirect lender and assignee of the Contract. The approval of an assignment of any contract, including yours, is based on the information provided to us by the customer and the Dealership. The terms of the Contract were negotiated with the Dealership at the time of purchase.

The following exception was made to the 48 month contracted payment schedule:

Late Payments:    14 (assessed 10 days after due date)

Interest does not stop accruing when there has been payment assistance granted on the account or when payments are late and/or not received. There is no grace period for the accrual of interest.

After a review of the account, we have determined that the reduction of the principal balance is accurate. In the agreed upon auto finance Contract, it shows that the account is calculated using the Simple Interest Method. This means the balance accrues interest on a daily basis and assumes the customer will make their payment on the regularly scheduled payment due date. ← *violation   15 usc 1692 b(2)* (handwritten)

©2019 Santander Consumer USA Inc. All rights reserved.

[handwritten: 15 USC 1692g] *Exhibit D*

**Santander Consumer USA** [handwritten: *15 USC 1692d5)]*

[handwritten: Violation 15 USC 1692J4)]

When a payment is received, the outstanding accrued interest must be satisfied first. The remainder of payment is applied toward fees owed on the account then principal. The amount of accrued daily interest can vary based on the amount of the principal balance and the number of days between payments.

[handwritten: 15 USC 1692 b(2)]

In reference to the Finance Charge, according to the contract this is the dollar amount the credit will cost you. Finance charges include the interest on the debt balance that you agreed to pay when the contract was signed and accepted.

[handwritten: 15 USC 1611]

The approval of an assignment of any contract is based on the information provided to us by the customer and the dealership. You negotiated the sales price and financing terms with the Dealership, not Santander Consumer USA Inc. The financing terms and payment amount were disclosed in the Contract, and you executed the Contract agreeing to those terms. By signing the Contract, Santander Consumer USA Inc. understands that you fully accepted the terms and conditions of the Contract.

We are unable to corroborate your statement that payments have been fraudulently taken from your bank account. If you believe payments have been sent in error or fraudulently, please discuss the issue with your bank directly. Our records indicate all payments made to the account were processed via the myaccount.santanderconsumerusa.com. Please note only the customer can authorize these payments.

The Fair Credit Reporting Act requires that we accurately report account information to the credit reporting agencies. We provide account information to the four major credit-reporting agencies: Experian, Equifax, Transunion, and Innovis, however, reporting may differ between agencies. The customer may need to contact the agencies directly regarding any differences between reports.

A review of the information provided to the credit reporting agencies shows that as of May 31, 2021, we reported the account as Open/Current with a balance of $2,347. No delinquencies have been reported.

[handwritten: Violation 15 USC 1692 b(2) 15 USC 1692 e(8)(A)]

After investigating the information provided in your complaint, we are unable to substantiate your statement that you were treated unfairly and found no evidence that Santander Consumer USA Inc. violated fair lending laws in the origination or servicing of your account. Santander Consumer USA Inc. is committed to fair lending and treating consumers, customers and vendors with the utmost respect and fairness.

[handwritten: A Violation 15 USC 1611]

We respectfully decline to zero out the balance of the account, report to the credit agencies the account is paid in full, return any payments made on the account or issue any additional compensation.

[handwritten: 15 USC 1692 c(6)]

[handwritten: Violation 15 USC 1692h]

Thank you again for the opportunity to address your concerns. If further assistance is needed, please contact our Customer Service directly at 1(888) 222-4227. Our hours of operations are: Monday-Friday 7am-9pm CST, Saturday 7am-5pm CST, and Sunday- Closed.

Sincerely,

SANTANDER CONSUMER USA INC.

P.O. Box 961245, Fort Worth, TX 76161-1245 · www.SantanderConsumerUSA.com · 888.222.4227

©2019 Santander Consumer USA Inc. All rights reserved



EXHIBIT E

*violation*
*15 usc 1692s*

# Notice To Cosigner

(Traducción en Inglés Se Requiere Por La Ley)

*violation*
*15 usc 1692 b(2)*

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

*15 usc 1611*

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount. *15 usc 1692 b(2)*

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of *your* credit record. *violation*

This notice is not the contract that makes you liable for the debt.

*15 usc 1692 d(4)*
*15 usc 1692 e(5)*
*15 usc 1692 d(4)*

GENEVA R OCEGUEDA
Name of Borrower (Please Print)

10/15/2017
Date

JESSE A OCEGUEDA
Name of Cosigner (Please Print)

Signature of Cosigner

# AVISO PARA EL FIADOR

(Spanish Translation Required By Law)

Se le está pidiendo que garantice esta deuda. Piénselo con cuidado antes de ponerse de acuerdo. Si la persona que ha pedido este préstamo no paga la deuda, usted tendrá que pagarla. Esté seguro de que usted podrá pagar si sea obligado a pagarla y de que usted desea aceptar la responsabilidad.

Si la persona que ha pedido el préstamo no paga la deuda, es posible que usted tenga que pagar la suma total de la deuda, mas los cargos por tardarse en el pago o el costo de cobranza, lo cual aumenta el total de esta suma.

El acreedor (financiero) puede cobrarle a usted sin, primeramente, tratar de cobrarle al deudor. Los mismos metodos de cobranza que pueden usarse contra el deudor, podran usarse contra usted, tales como presentar una demanda en corte, quitar parte de su sueldo, etc. Si alguna vez no se cumpla con la obligación de pagar esta deuda, se puede incluir esa información en la historia de credito de usted.

Este aviso no es el contrato mismo en que se le echa a usted la responsabilidad de la deuda.

EXHIBIT F

**CALIFORNIA RETAIL INSTALLMENT CONTRACT**

Contract Number: 93050082
Date of Contract: Oct 15, 2017

Seller (Creditor): CarMax Auto Superstores California, LLC, 4100 E. INLAND EMPIRE BLVD, ONTARIO, CA 91764

Buyer: GENEVA ROSE OCEGUEDA, 7831 ALSTON AVE, HESPERIA, CA 92345

Co-Buyer: JESSIE ALEXANDER OCEGUEDA, 7831 ALSTON AVE, HESPERIA, CA 92345

KMX6154517

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1,000.00 |
|---|---|---|---|---|
| 21.12 % | $ 7,804.89 | $ 16,507.66 | $ 23,382.56 | $ 24,382.56 |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 48 | $ 486.72 | Monthly, beginning Nov 29, 2017 |
| N/A | N/A | N/A |

**ITEMIZATION OF AMOUNT FINANCED**

| A. CASH PRICE | | |
|---|---|---|
| 1. Cash Price of Vehicle | $ | 14,999.00 |
| 2. Cash Price of Accessories and Itemized Separately | $ | 0.00 |
| 3. CarMax Document Processing Charge (Not a Government Fee) | $ | 80.05 |
| 4. Reduction Control Certification Fee Paid To Seller | $ | 50.00 |
| 5. Theft Deterrent Device | $ | 0.00 |
| 6. Theft Deterrent Device | $ | 0.00 |
| 7. Surface Protection Product | $ | 0.00 |
| 8. Sales Tax | $ | 1,172.43 |
| 9. Electronic Vehicle Registration or Transfer Charge (Not a Government Fee) To CVR | $ | 29.00 |
| 10. Optional Extended Service Contract To N/A | $ | 0.00 |
| 11. To N/A For Prior Credit Or Lease Balance (See Down Payment and Trade-In Calculation) | $ | 0.00 |
| 12. Optional GAP Waiver Agreement | $ | 0.00 |
| 13. Vehicle Contract Cancellation Option Agreement | $ | No Charge |
| 14. Total Cash Sale Price (Sum of A(1) through A(13)) | $ | 16,330.43 |
| B. AMOUNTS PAID TO PUBLIC OFFICIALS | | |
| 1. Vehicle License Fees | $ | 33.00 |
| 2. County | $ | 9.00 |
| 3. Registration, Transfer and Titling Fees | $ | 175.00 |
| 4. California Tire Fees | $ | 7.00 |
| 5. Other Official Fees | $ | 0.00 |
| 6. Total Amount Paid To Public Officials (Sum of B(1) through B(5)) | $ | 224.00 |
| C. POLLUTION CONTROL CERTIFICATE OR EXEMPTION FEE PAID TO STATE | $ | 8.25 |
| D. SUBTOTAL (A(14) + B(6) + C) | $ | 16,507.66 |
| E. DOWN PAYMENT | | |

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.

However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

## NOTICE TO BUYER:

(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

YOU ACKNOWLEDGE RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT AND ANY OTHER DOCUMENTS THAT YOU SIGNED DURING CONTRACT NEGOTIATIONS AT THE TIME OF SIGNING.

Seller: Cartitex Auto Superstores California, LLC

**ASSIGNMENT**

Seller hereby sells, assigns and transfers to ___ Santander Consumer USA ___ ("Assignee") this Contract, all obligations of Buyer and Co-Buyer hereunder, all rights, powers, and privileges herein given to Seller and all right, title, and interest of Seller in and to the property securing this Contract.

# Santander
### CONSUMER

Exhibit H

P.O. Box 961245<br>Fort Worth, TX 76161-1245

**Account Number:** ▇3840    **Primary Name:**    GENEVA R OCEGUEDA

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 8/2/2021 | $1,922.31 | $1,880.96 | $41.36 | $0.00 | $0.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 6/26/2021 | $-500.00 | $-463.38 | $-36.62 | $0.00 | $0.00 | $1,880.96 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 5/30/2021 | $-500.00 | $-441.96 | $-58.04 | $0.00 | $0.00 | $2,344.34 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 4/24/2021 | $-500.00 | $-443.92 | $-56.08 | $0.00 | $0.00 | $2,786.30 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 3/25/2021 | $-500.00 | $-429.09 | $-46.58 | $0.00 | $-24.33 | $3,230.22 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 3/3/2021 | $-500.00 | $-433.69 | $-66.31 | $0.00 | $0.00 | $3,659.31 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 2/3/2021 | $-500.00 | $-416.50 | $-83.50 | $0.00 | $0.00 | $4,093.00 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 1/2/2021 | $-486.72 | $-421.27 | $-65.45 | $0.00 | $0.00 | $4,509.50 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 12/10/2020 | $-486.72 | $-364.49 | $-122.23 | $0.00 | $0.00 | $4,930.77 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 12/9/2020 | $24.33 | $0.00 | $0.00 | $24.33 | $0.00 | $5,295.26 |
| Late charge assessment System Generated Transaction | | | | | | |
| 10/31/2020 | $-486.72 | $-375.47 | $-111.25 | $0.00 | $0.00 | $5,295.26 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 9/27/2020 | $-600.00 | $-393.18 | $-115.48 | $0.00 | $-91.34 | $5,670.73 |

Exhibit I

| | | | | | | |
|---|---|---|---|---|---|---|
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 8/25/2020 | $-600.00 | $-342.55 | $-144.17 | $0.00 | $-113.28 | $6,063.91 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 7/17/2020 | $-500.00 | $-357.10 | $-50.74 | $0.00 | $-92.16 | $6,406.46 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 7/4/2020 | $-500.00 | $-368.30 | $-131.70 | $0.00 | $0.00 | $6,763.56 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 6/2/2020 | $-500.00 | $-374.39 | $-125.61 | $0.00 | $0.00 | $7,131.86 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 5/4/2020 | $-500.00 | $-417.70 | $-82.30 | $0.00 | $0.00 | $7,506.25 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 4/16/2020 | $-490.00 | $-379.79 | $-110.21 | $0.00 | $0.00 | $7,923.95 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 4/8/2020 | $22.54 | $0.00 | $0.00 | $22.54 | $0.00 | $8,303.74 |
| Late charge assessment System Generated Transaction | | | | | | |
| 3/24/2020 | $-486.72 | $-342.04 | $-144.68 | $0.00 | $0.00 | $8,303.74 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 3/10/2020 | $22.54 | $0.00 | $0.00 | $22.54 | $0.00 | $8,645.78 |
| Late charge assessment System Generated Transaction | | | | | | |
| 2/24/2020 | $-490.00 | $-324.36 | $-165.64 | $0.00 | $0.00 | $8,645.78 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 2/8/2020 | $22.71 | $0.00 | $0.00 | $22.71 | $0.00 | $8,970.14 |
| Late charge assessment System Generated Transaction | | | | | | |
| 1/23/2020 | $-490.00 | $-234.66 | $-255.34 | $0.00 | $0.00 | $8,970.14 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 1/8/2020 | $22.87 | $0.00 | $0.00 | $22.87 | $0.00 | $9,204.80 |
| Late charge assessment System Generated Transaction | | | | | | |
| 12/6/2019 | $-490.00 | $-313.75 | $-176.25 | $0.00 | $0.00 | $9,204.80 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |

11/19/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| | $-486.72 | $-316.01 | $-170.71 | $0.00 | $0.00 | $9,518.55 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 10/5/2019 | $-490.00 | $-308.06 | $-181.94 | $0.00 | $0.00 | $9,834.56 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 9/4/2019 | $-500.00 | $-330.32 | $-169.68 | $0.00 | $0.00 | $10,142.62 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 8/7/2019 | $-486.72 | $-299.72 | $-187.00 | $0.00 | $0.00 | $10,472.94 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 7/8/2019 | $-490.00 | $-323.07 | $-166.93 | $0.00 | $0.00 | $10,772.66 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 6/12/2019 | $-460.00 | $-262.83 | $-197.17 | $0.00 | $0.00 | $11,095.73 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 6/8/2019 | $22.69 | $0.00 | $0.00 | $22.69 | $0.00 | $11,358.56 |
| Late charge assessment System Generated Transaction | | | | | | |
| 5/13/2019 | $-490.00 | $-301.10 | $-188.90 | $0.00 | $0.00 | $11,358.56 |
| System allocated payment WebPay - Pinless Debit (no fee) | | | | | | |
| 5/9/2019 | $22.86 | $0.00 | $0.00 | $22.86 | $0.00 | $11,659.66 |
| Late charge assessment System Generated Transaction | | | | | | |
| 4/15/2019 | $-486.72 | $-191.84 | $-294.88 | $0.00 | $0.00 | $11,659.66 |
| System allocated payment WebPay - Pinless Debit (no fee) | | | | | | |
| 4/8/2019 | $22.86 | $0.00 | $0.00 | $22.86 | $0.00 | $11,851.50 |
| Late charge assessment System Generated Transaction | | | | | | |
| 3/3/2019 | $-486.72 | $-352.55 | $-134.17 | $0.00 | $0.00 | $11,851.50 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 2/12/2019 | $-486.72 | $-241.86 | $-244.86 | $0.00 | $0.00 | $12,204.05 |
| System allocated payment WebPay - Pinless Debit (no fee) | | | | | | |
| 2/8/2019 | $22.86 | $0.00 | $0.00 | $22.86 | $0.00 | $12,445.91 |
| Late charge assessment System Generated Transaction | | | | | | |
| 1/9/2019 | $-486.72 | $-215.65 | $-271.07 | $0.00 | $0.00 | $12,445.91 |
| System allocated payment | | | | | | |

WebPay - Pinless Debit (no fee)    E KH.LIT K

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 1/8/2019 | $22.86 | $0.00 | $0.00 | $22.86 | $0.00 | $12,661.56 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 12/3/2018 | $-490.00 | $-324.69 | $-165.31 | $0.00 | $0.00 | $12,661.56 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 11/11/2018 | $-486.72 | $-241.78 | $-244.94 | $0.00 | $0.00 | $12,986.25 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 11/8/2018 | $23.02 | $0.00 | $0.00 | $23.02 | $0.00 | $13,228.03 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 10/10/2018 | $-486.72 | $-176.47 | $-310.25 | $0.00 | $0.00 | $13,228.03 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 10/9/2018 | $23.02 | $0.00 | $0.00 | $23.02 | $0.00 | $13,404.50 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 8/31/2018 | $-486.72 | $-351.41 | $-135.31 | $0.00 | $0.00 | $13,404.50 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 8/14/2018 | $-486.72 | $-243.70 | $-243.02 | $0.00 | $0.00 | $13,755.91 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 8/8/2018 | $23.02 | $0.00 | $0.00 | $23.02 | $0.00 | $13,999.61 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 7/15/2018 | $-485.00 | $-165.35 | $-319.65 | $0.00 | $0.00 | $13,999.61 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 7/9/2018 | $22.93 | $0.00 | $0.00 | $22.93 | $0.00 | $14,164.96 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 6/6/2018 | $-500.00 | $-241.58 | $-258.42 | $0.00 | $0.00 | $14,164.96 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 5/6/2018 | $-490.00 | $-219.19 | $-270.81 | $0.00 | $0.00 | $14,406.54 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 4/4/2018 | $-490.00 | $-265.96 | $-224.04 | $0.00 | $0.00 | $14,625.73 |
| System allocated payment<br>WebPay – ACH (no fee) | | | | | | |
| 3/9/2018 | $-490.00 | $-201.79 | $-288.21 | $0.00 | $0.00 | $14,891.69 |

Exhibit L

WebPay - ACH (no fee)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/4/2018 | $-490.00 | $-189.34 | $-300.66 | $0.00 | $0.00 | $15,093.48 |
| System allocated payment WebPay - ACH (no fee) | | | | | | |
| 1/1/2018 | $-488.00 | $-174.95 | $-313.05 | $0.00 | $0.00 | $15,282.82 |
| System allocated payment WebPay - Pinless Debit (no fee) | | | | | | |
| 11/27/2017 | $-487.00 | $-99.91 | $-387.09 | $0.00 | $0.00 | $15,457.77 |
| System allocated payment WebPay - Pinless Debit (no fee) | | | | | | |

total = $ 21,814.08

as of 07/23/2021

Exhibit M

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   JUL 0  Date of Delivery  2021
Steve Cabaen

1. Article Addressed to:

Santander Consumer USA
P.O Box 961245
Fortworth, TX 76161

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

9590 9402 6280 0274 0254 06

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number   7019 2280 0001 3805 1887

Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Exhibit N

7/8/2021

15 usc 1692 j(a)
15 usc 1692 e(10)

JESSE OCEGUEDA
7831 ALSTON AVE
HESPERIA , CA 92345-0000

Account#: 20753840
Re: Cease and Desist Request

Dear Jesse Ocegueda :

This letter serves as confirmation that Santander Consumer USA Inc. has received and processed a Cease and Desist request regarding your account.

What this means:

- You will not receive any calls from Santander Consumer USA Inc., including collection calls if your loan/lease becomes past due. — 15 usc 1611
- You will not receive statements regarding your loan/lease
- You will receive legally required notices
- You will not receive communication regarding assistance programs for which you may be eligible.

— 15 usc 1692 b(2)

Remember, you are still obligated to make your contractual payments on the account. Due to the Cease and Desist request, Santander Consumer USA Inc. will no longer be able to provide verbal notification prior to any repossession actions. However, we encourage you to contact us if you have any questions or concerns.

violation
15 usc 1692e(9), 15 usc 1692d(4)

Further, Santander Consumer USA Inc. reserves the right to pursue any and all remedies provided to us under the terms of your contract documents and applicable state and federal laws, which may include repossession of your vehicle upon default.

violation
15 usc 1692e(5), 15 usc 1692 e(4)

For any questions, or to request to remove the Cease and Desist from the account, please contact us directly at (888) 222-4227, Monday through Friday 7:00AM to 9:00PM and Saturday 7:00AM to 5:00PM CT.

Respectfully,

Santander Consumer USA Inc.

violation
15 usc 1692(b)(2)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

violation
15 usc 1692(b)
15 usc 1692 d(2)



Santander Consumer USA

P.O. Box 961245, Fort Worth, TX 76161-1245 • www.SantanderConsumerUSA.com • 888.222.4227

©2018 Santander Consumer USA Inc. All rights reserved.  SC-SER_60511_2_081618

# Parker · Stanbury LLP

ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-Mail: la@parkstan.com

DOUGLASS H. MORI
JOHN D. BARRETT, JR. *
J. LUIS GARCIA †
DAVID E. COWAN
GEORGE A. HUNLOCK
MATTHEW W. DAVIS
REYNALDO C. SANTOS
B. PETER LEE
MARCUS BASTIDA
ROSEMARIE MERRILL
DAVID C. LANE
MATHEW L. MAY
ALEX L. SHIA
JEFF H. GREEN
GLENN M. HABAS

GEORGANN CARMAN
RICARDO A. MERCADO
JAMES L. WOLFSEN
KELLY A. SHERIDAN
HANS W. CHEN
ERIK FRIEDKALNS
AARON G. FREEMAN
GREGORY T. FONG
JOSEPH R. SERPICO
ROCCO A. PAPALIA
MELANIE M. BUTLER
TAMARA C. HARRIS
CLAUDIA M. PALENCIA
SARA Y. SHOWKATIAN
KRISTOFFER M. GARRISON

SUZANNE K. GOLDEN
IAN G. STERLING
MICHAEL COMPTON
ELIZABETH R. SOUTHERLAND
CARL H. STARRETT II
LESLEY B. DAVIS

OF COUNSEL:

SANAM NAVAB
BRADLEY J. SPARKS
MICHAEL SALANICK
MEGAN E. GALLAGHER
MARYAM ABRISHAMCAR
LARS F. KUSHNER

PATRICIA MILLER
ANNA Z. HETTWER
WILLIAM HOPKINS
KYLE C. BENKIE
SALPY KABAKLIAN-SLENTZ
FELIX P. MONTERO
LINDA H. MUCHAMEL
LAURIE HOWELL
PETER HONG
ANTHONY F. SGHERZII
MELISSA J. MORGAN

* ASSOCIATE IN AMERICAN BOARD OF TRIAL ADVOCATES
† MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

October 15, 2021

VIA U.S. MAIL

Santander Consumer USA
1601 Elm St.
Dallas, TX 75201

Attention: Legal Department

Re:  Jesse Ocegueda
19502 US Highway 18
Apple Valley, CA 92307
Our Intake Number:   CA-6PE-38W

Dear Sir or Madam:

Our office has recently consulted with Jesse Ocegueda, regarding a dispute he has with your company.

Specifically, Mr. Ocegueda  reports that you are the original lender with respect to his automobile purchase loan.  He further advises that you have repossessed his vehice, and in the course thereof have violated a number of Fair Debt Collection Practices Act requirements.  You actions and misrepresentations constitute gross abuse and deceit by your company as creditor.  Additionally, you have failed to respond to Mr. Ocegueda's debt validation letter.

Accordingly, please consider this letter a formal demand on behalf of Mr. Ocegueda that you immediately investigate the facts and circumstances concerning this matter and agree to provide him with an appropriate response to his concerns.  Said response should include, at a minimum, compensation of damages Mr. Ocegueda suffered in the amount of $85,423.44.

Additionally, Mr. Ocegueda demands that you

1. zero out the balance of the alleged debt;
2. grant him his title lien free;
3. to removal of the late payments reported to all consumer reporting agencies AND
4. to report the account as paid in full/ paid as agreed to all consumer reporting agencies.

Furthermore, nothing contained herein is intended, or should be construed, as a waiver of any of Mr. Ocegueda's rights or remedies, whether legal or equitable, all of which are expressly reserved.  This demand letter is an attempt to settle and compromise a dispute between the

October 15, 2021
Page 2

parties and, as such, neither this letter, nor its contents, is discoverable or admissible at time of trial in accordance with California Evidence Code § 1151 and § 1152.5.

In addition, we have advised Mr. Ocegueda of his legal rights and remedies and he will not hesitate to pursue them.  Please respond **in writing** within **fifteen (15) days of this letter** upon stating your position and making the necessary arrangements to resolve this matter amicably.

Very truly yours,

PARKER · STANBURY LLP

By

ERIK PRIEDKALNS, ESQ.

cc:   Mr. Ocegueda via email