YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCEGUEDA, | Case No. 5:21-cv-02112-JWH-SP |
| Plaintiff, | Hon. John W. Holcomb |
| v. | |
| SANTANDER CONSUMER USA, | **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendant. | |

Pursuant to the Stipulation to Dismiss Action with Prejudice submitted by Plaintiff Jesse Ocegueda and Defendant Santander Consumer USA Inc., and good cause appearing, this action is hereby dismissed in its entirety with prejudice, with each party to bear his/its own costs and fees.

**IT IS SO ORDERED.**

DATED: _____, 2022

                                                HONORABLE JOHN W. HOLCOMB
                                                UNITED STATES DISTRICT JUDGE

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 1 –
[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE

I certify that on March 23, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: March 23, 2022

                            YU MOHANDESI LLP

                            By  */s/ Jordan S. Yu*
                                 Jordan S. Yu
                                 Attorneys for Defendant
                                 Santander Consumer USA Inc.